IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CIVES STEEL CO., and CLARK/ SUFFOLK A JOINT VENTURE, <br><br> Defendants. | Docket No. 05 11567 NG |

## JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Now comes the Plaintiff and the Defendant in the above titled action and jointly request that the Court extend the time for the Defendant to answer or otherwise respond with respect to the complaint to and including Friday, October 14, 2005.

As grounds for the within motion, the parties state that they are currently engaging in discussions pursuant to United States district Court for the District of Massachusetts Local Rule 7.1(A)(2), and that the extension will not prejudice any party.

| | |
|---|---|
| Blacksmith Investments, LLC <br> By its Attorney | Cives Steel Co. and Clark/ Suffolk a Joint Venture <br> By their Attorney |
| /S/ Guy E. Guarino <br> Guy E. Guarino <br> BBO# 213960 <br> 721 Country Club Way <br> Ipswich, MA 01938 <br> (978) 356-7500 | /S/ Joseph A. Barra <br> Joseph A. Barra <br> BBO# 632534 <br> Gadsby Hannah, LLP <br> 225 Franklin Street <br> Boston, MA 02110 <br> (617) 345-7061 |

October 7, 2005

B0431945v1