IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CIVES STEEL CO., and CLARK/ SUFFOLK A JOINT VENTURE, <br><br> Defendants. | Docket No. 05 11567 NG |

## JOINT MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Now comes the Plaintiff and the Defendants in the above titled action and jointly request that the Court extend the time for the Defendants to answer or otherwise respond with respect to the complaint until 20 days after such time Plaintiff files an amended complaint with the Court and serves a copy on Defendants' counsel.

As grounds for the within motion, the parties state that after engaging in discussions pursuant to United States district Court for the District of Massachusetts Local Rule 7.1(A)(2), Plaintiff agreed to amend its complaint removing Clark/Suffolk a Joint Venture as a defendant. The parties further state that the extension will not prejudice any party.

Blacksmith Investments, LLC
By its Attorney


/S/ Guy E. Guarino
Guy E. Guarino
BBO# 213960
721 Country Club Way
Ipswich, MA 01938
(978) 356-7500

October 14, 2005

Cives Steel Co. and Clark/
Suffolk a Joint Venture
By their Attorney


/S/ Joseph A. Barra
Joseph A. Barra
BBO# 632534
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7061

B0431945v1