UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Docket No. 05-11567-NG

FILED
CLERKS OFFICE

2005 OCT 19 P 2:07

U.S. DISTRICT COURT
DIST OF MASS

BLACKSMITH INVESTMENTS, LLC.   )
                      Plaintiffs,   )   **PLAINTIFF'S**
Vs.   )   **AMENDED**
                                        )   **COMPLAINT**
CIVES STEEL COMPANY,   )
                      Defendants,   )

**GENERAL ALLEGATIONS**

1. Plaintiff, Blacksmith Investments, LCC is a limited liability Corporation with principal place of business at 2301 Lewis O'Gray Drive, Saugus, Massachusetts.

2. Boston Steel & Precast Erectors, Inc. secured a bank loan with a promissory note with the Citizen's Bank secured by assets and including receivables due from the Manulife Financial Center building, Boston, Massachusetts.

3. Boston Steel & Precast Erectors, Inc. defaulted on the Citizen's Bank loan.

4. Plaintiff Blacksmith Investments, LLC paid the bank debt of Boston Steel & Precast Erectors, Inc. and in so doing is entitled to all the rights and remedies that the bank was entitled to as lien holder of Boston Steel & Precast Erectors, Inc. to recover the Manulife project moneys.

5. Defendant Cives Steel Company, hereinafter Cives, is a steel fabricator with a principal place of business at 103 Lipman Road, P.O. Box 1077, Augusta, ME 04330.

6. Boston Steel & Precast Erectors, Inc., hereinafter BSPE, subcontracted with Cives for the Manulife Financial Center building structural steel erection..

7. Plaintiff Blacksmith Investments, LLC. interests in this action is Boston Steel & Precast Erectors, Inc.'s receivables for the Manulife Financial Center building steel erection construction.

8. Defendant Cives, is signatory to a contract with BSPE and modifications to that contract for change orders it issued and otherwise directed BSPE to perform.
9. Plaintiff states that this action is properly before this Court as a diversity action, Defendant Cives Steel, Inc. being a Maine Corporation with a principal place of business at 103 Lipman Road, Augusta, Maine, and Plaintiff being a Massachusetts corporation.
10. Plaintiff states that the money damages in this action in the amount of $213,973.79 exceed the minimum damages required to be before this Court.

**COUNT I.    BREACH OF CONTRACT**

11. Plaintiff realleges the allegations set forth in paragraphs one through twelve of the Complaint.
12. Plaintiff Boston Steel & Precast Erectors, Inc. contracted with Cives, as a steel erector for the project known as Manulife Financial Center.
13. Defendant Cives contract with BSPE, including extras, is the sum of $3,885,363.82.
14. Defendant Cives contracted to pay BSPE $3,883,363.82 for erection of steel at the Manulife Financial Center project.
15. Defendant Cives payments to BSPE and to BSPE sub-subcontractors on behalf of BSPE is the sum of $3,671,390.03.
16. Defendant Cives has an outstanding balance due BSPE/Blacksmith in the amount of $213,973.79 on the original contract.
17. Defendant Cives has failed to pay and has refused to pay BSPE/Blacksmith Investments LLC the balance due of $213,973.79.
18. Plaintiff, lien holder Blacksmith Investments, LLC is owed the total sum of $213,973.79, moneys otherwise payable to BSPE.

**Wherefore**, Plaintiffs Boston Steel & Precast Erectors, Inc. and Blacksmith Investments, LLC respectfully request the following relief:

    a. That the Court find Defendant Cives breached the Contract in the amount of $213,973.79;

    b. That the Court find Defendant Cives breached the Contract for written change orders and such other oral change orders directed by Cives to be performed by Boston Steel & Precast Erectors, Inc.;

    c. That Plaintiff Blacksmith Investments, LLC as lien holder of Boston Steel & Precast Erectors, Inc. is entitled to the contract balances and change orders subject of this action;

    g. Such other relief as is just and reason reasonable.

**COUNT II.   QUANTUM MERUIT IMPLIED CONTRACT**

19. Plaintiff, Blacksmith Investments, LLC realleges the allegations set forth in paragraphs one through eighteen of the Complaint.

20. Boston Steel & Precast Erectors, Inc. performed contract and extras at Manulife Financial Center building, Boston, Massachusetts.

21. Boston Steel & Precast Erectors, Inc. has an outstanding balance due in the amount of $213,073.79 for performed contract and extras at Manulife Financial Center building, Boston, Massachusetts.

22. Plaintiff Blacksmith Investments, LLC as signatory to a promissory note entitled to all the rights and remedies that the bank was entitled to as lien holder of Boston Steel & Precast Erectors, Inc. is entitled to $213,073.79.

**Wherefore**, Blacksmith Investments, LLC respectfully demands the following relief:

    a. That the Court find Defendant Cives Steel liable for the value of labor and materials provided and

       installed at the Manulife Building in the amount of $213,073.79;

b. That the Court find Defendant Cives Steel breached the Contract for written work requests and such other oral work performed by Boston Steel & Precast Erectors, Inc.;

c. That Plaintiff Blacksmith Investments, LLC as lien holder of Boston Steel & Precast Erectors, Inc. is entitled to the value of construction labor and material work balances subject of this action;

g. Such other relief as is just and reason reasonable.

**COUNT III: UNJUST ENRICHMENT**

23. Plaintiff, Blacksmith Investments, LLC realleges the allegations set forth in paragraphs one through twenty-two of the Complaint.

24. Plaintiff Blacksmith Investments, LLC says that Defendant Cives Steel has received value for labor and materials provided by Boston Steel & Precast Erectors, Inc. Cives Steel Company Contract.

25. Blacksmith Investments, LLC says that Defendant Cives Steel has not paid for value received from the labor and materials furnished by Boston Steel & Precast Erectors, Inc. at the Manulife Financial Center project.

26. Blacksmith Investments, LLC says that Defendant Cives Steel has benefited from the contract between Cives Steel Company and Boston Steel & Precast Erectors, Inc.

27. Blacksmith Investments, LLC says that Defendant Cives Steel has been enriched by retention of the labor, value, and product provided by Boston Steel & Precast Erectors, Inc.

28. Blacksmith Investments, LLC says that Defendant Cives Steel has been enriched at Boston Steel & Precast

4

Erector's expense by receipt of requested goods without payment of same.

29. Plaintiff Blacksmith Investments, LLC has been damaged as lien holder recipient of the rights entitled to Boston Steel & Precast Erectors, Inc. to enforce receipt of unjust enrichment, in the amount of $213,073.79.

**Wherefore**, Plaintiff Blacksmith Investments, LLC respectfully requests that the court enter judgment under Count Five against Massachusetts General in the amount of $213,073.79, plus interest, costs, and reasonable attorney's fees.

Blacksmith Investments, LLC
By their Attorney,

Guy E. Guarino
BBO No. 213960
72 Country Club Way
Ipswich, MA 01938
(978) 356-7500

Dated:   October 17, 2005

## CERTIFICATE OF SERVICE

I, Guy E. Guarino, attorney for Blacksmith Investments, LLC certify that I have this date caused to be mailed, first class mail, postage prepaid a copy of Plaintiffs Motion and Memorandum of Law to Amend the Complaint to:

James P. Martin, Esq.
Gadsby Hannah, LLP
225 Franklin Street
Boston, MA  02110

Dated: October 17, 2005                              Guy E. Guarino