UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIVES STEEL CO., )<br>)<br>Defendant. )<br> ) | C. A. No. 05-11567-NG |

**NOTICE OF APPEARANCE**

Please enter the appearance of John P. Martin, Gadsby Hannah LLP, 225 Franklin Street, Boston, Massachusetts 02110, (617) 345-7000, as attorney for the defendant, Cives Steel Company, in the above-entitled action.

        Respectfully submitted,
        CIVES STEEL CO.,
        By its attorney,

        / S / John P. Martin
        John P. Martin, BBO #637667
        jmartin@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA  02110
November 2, 2005        (617) 345-7000

B0435735v1