UNITED STATES DISTRICT COURT
For the District of Massachusetts

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIVES STEEL CO., )<br>)<br>Defendant. ) | C. A. No. 05-11567-NG |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

John P. Martin, counsel for defendant Cives Corporation (sued herein as Cives Steel Company) ("Cives"), provides the within certification in accordance with Local Rule 7.1(A)(2) and Article 3.01(b) of the District Court's Expense and Delay Reduction Plan:

1.   The Defendant Cives Steel Corporation ("Cives"), Inc. has made a good faith effort to resolve and/or narrow the issues presented in Cives' Motion to Dismiss ("Motion").

2.   As counsel for Cives, I have had several conversations over the past several weeks with counsel for Blacksmith, LLC ("Blacksmith") regarding the issues presented in an earlier version of Cives' Motion.

3.   Counsel for Blacksmith and I have been able to resolve some of the issues raised by Cives in the original version of Cives' Motion. However, despite Cives' and Blacksmith's efforts, several issues presented in the instant versions of Cives' Motion remain unresolved.

                                        Respectfully submitted,
                                        CIVES STEEL CO.
                                        By its attorneys,

                                        / s / John P. Martin
                                        Joseph A. Barra, BBO #632534
                                        jbarra@ghlaw.com
                                        John P. Martin, BBO #637667
                                        jmartin@ghlaw.com
                                        Gadsby Hannah LLP
                                        225 Franklin Street
                                        Boston, MA  02110
November 7, 2005                  (617) 345-7000

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the Local Rule 7.1(A)(2) Certification was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

                                Guy E. Guarino, Esq.
                                    BBO # 21396
                                72 Country Club Way
                            Ipswich, Massachusetts  01938


                          By:      /s/ John P. Martin

                                    November 7, 2005

B0435860v1