UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>CIVES STEEL COMPANY, )<br><br>Defendant. ) | C. A. No. 05-11567-NG |

## DEFENDANT CIVES STEEL COMPANY'S MOTION TO FILE A REPLY BRIEF TO PLAINTIFF BLACKSMITH INVESTMENTS, LLC'S OPPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant Cives Corporation (sued herein as Cives Steel Company) ("Cives") requests leave of the Court to file a brief Reply to Plaintiff Blacksmith Investments, LLC's Opposition to Cives' Motion to Dismiss the Amended Complaint. In its Opposition, Blacksmith has alleged additional facts, changed its breach of contract claim and clarified its theories of recovery under *quantum meruit*/implied contract and unjust enrichment. Blacksmith has also submitted documents to the Court which shed new light on the transactions underlying Blacksmith's claims. Cives' Reply will assist the Court in determining the issues before it.

Respectfully submitted,
CIVES CORPORATION,
By its attorneys,

/s/ John P. Martin
Joseph A. Barra, BBO # 632534
jbarra@ghlaw.com
John P. Martin, BBO # 637667
jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
Dated: January 6, 2005                    (617) 345-7000

B0441603v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of Defendant Cives Steel Company's Motion to File a Reply Brief to Plaintiff Blacksmith Investments, LLC's Opposition to Defendant's Motion to Dismiss Amended Complaint was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

Guy E. Guarino, Esq.
BBO # 21396
72 Country Club Way
Ipswich, Massachusetts 01938

By:     /s/ John P. Martin

Date:   January 6, 2005

B0441603v1