UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-11567-NG |
| ) | |
| CIVES STEEL CO., ) | |
| ) | |
| Defendant. ) | |

### LOCAL RULE 7.1(A)(2) CERTIFICATION

John P. Martin, counsel for defendant Cives Corporation (sued herein as Cives Steel Company) ("Cives"), provides the within certification in accordance with Local Rule 7.1(A)(2) and Article 3.01(b) of the District Court's Expense and Delay Reduction Plan:

1. The Defendant Cives Steel Corporation ("Cives"), Inc. has made a good faith effort to resolve and/or narrow the issues presented in Cives' Motion to File a Reply Brief ("Motion"), and the Reply Brief itself.

2. As counsel for Cives, I forwarded to counsel for Blacksmith, LLC ("Blacksmith") copies of the above referenced pleadings, and conferred with him regarding such.

3. Counsel for Blacksmith and I were unable to narrow or resolve the issues raised in the above referenced motion.

                                                Respectfully submitted,
                                                CIVES STEEL CO.
                                                By its attorneys,

                                                / s / John P. Martin
                                                Joseph A. Barra, BBO #632534
                                                jbarra@ghlaw.com

January 6, 2006                         John P. Martin, BBO #637667

jmartin@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the Local Rule 7.1(A)(2) Certification was served upon the opposing party in this action by United States mail, postage prepaid to the following address:

Guy E. Guarino, Esq.
BBO # 21396
72 Country Club Way
Ipswich, Massachusetts 01938

By: /s/ John P. Martin

Dated: January 6, 2006

2

B0444003v1