UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CIVES STEEL COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-11567-NG<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF
TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

NOW COMES defendant Cives Corporation (sued herein as Cives Steel Company) ("Defendant") and, pursuant to Fed.R.Civ.P. 12, hereby moves this Court for an extension of time up to and including October 2, 2006 to answer or otherwise respond to the First Amended Complaint ("Amended Complaint") of plaintiff Blacksmith Investments, LLC ("Plaintiff"). The Plaintiff assents to this Motion.

As grounds for this Assented-To Motion, the Defendant states that:

1.  On or about October 17, 2005 the Plaintiff filed its Amended Complaint in this action.

2.  Thereafter, on November 7, 2005, the Defendant filed a Motion to Dismiss the Amended Complaint. The Plaintiff opposed this Motion.

3.  On July 11, 2006, Magistrate Judge Dein entered a Report And Recommendation On Defendant's Motion To Dismiss ("Report"). By this Report, Magistrate Judge Dein allowed the Defendant's Motion to Dismiss in part and dismissed two of the three counts of the Amended Complaint.

BO1 15801140.1

4.  On July 21, 2006 the Defendant filed an Objection to the Report. However, on September 7, 2006 this Court (Gertner, J.) adopted the Report. As such, pursuant to Fed.R.Civ.P. 12(a)(4)(a), without the extension sought by the instant Motion the Defendant's response to the remaining claim in the Amended Complaint is due by September 18, 2006.

5.  The Defendant respectfully asserts that this Assented-To Motion should be allowed because the requested extension will allow Defendant sufficient time to adequately determine its defenses to the claims of the Plaintiff and prepare its response to the Amended Complaint.

WHEREFORE, defendant Cives Corporation (sued herein as Cives Steel Company) requests that this Assented-To Motion be ALLOWED and that it have up to and including October 2, 2006 to answer or otherwise respond to the First Amended Complaint of plaintiff Blacksmith Investments, LLC.

CIVES CORPORATION

By its attorneys,

 /s/ Stephen C. Bazarian
Joseph A. Barra (BBO # 632534)
jbarra@seyfarth.com
Stephen C. Bazarian (BBO # 553148)
sbazarian@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:   (617) 946-4801

BO1 15801140.1

ASSENTED TO:
BLACKSMITH INVESTMENTS, LLC

By its attorney,


 /s/ Guy E. Guarino
Guy E. Guarino (BBO # 213960)
72 Country Club Way
Ipswich, MA  01938
(978) 356-7500

Dated: September 18, 2006