UNITED STATES DISTRICT COURT
For the District of Massachusetts

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CIVES STEEL CO., )<br>)<br>Defendant. ) | C. A. No. 05-11567-NG |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Please enter the withdrawal of John P. Martin, McCarter & English, LLP, formerly Gadsby Hannah LLP, 225 Franklin Street, Boston, Massachusetts 02110, (617) 345-7000, as attorney for the defendant, Cives Steel Company, in the above-entitled action.

                                                  Respectfully submitted,
                                                  CIVES STEEL CO.,
                                                  By its attorney,

                                                  / s / John P. Martin
                                                  John P. Martin, BBO #637667
                                                  jmartin@mccarter.com
                                                  McCarter & English, LLP
                                                  225 Franklin Street
                                                  Boston, MA  02110
Dated:  October 2, 2006                (617) 345-7000

B0483842v1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Notice of Withdrawal of Appearance has been sent to the following parties this 2nd day of October, 2006:

| | |
|---|---|
| Guy E. Guarino, Esq. | Joseph A. Barra, Esq. |
| 72 Country Club Way | Seyfarth Shaw LLP |
| Ipswich, MA 01938 | Two Seaport Lane, Suite 300 |
| | Boston, Massachusetts 02210-2028 |

/ s / John P. Martin
John P. Martin