UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| BLACKSMITH INVESTMENTS, LLC, | ) | |
|---|---|---|
| Plaintiff/Defendant-In-Counterclaim, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 05-11567-NG |
| CIVES STEEL COMPANY, | ) ) ) | |
| Defendant/Plaintiff-In-Counterclaim. | ) ) | |

## DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Defendant/Plaintiff-In-Counterclaim Cives Corporation (sued herein as Cives Steel Company) hereby certifies that it has conferred with its counsel (1) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CIVES CORPORATION

By: *(signature)* Ryan J Leberman
Its: General Counsel

BO1 15814141.1