UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLACKSMITH INVESTMENTS, LLC.          )
    Plaintiff/Defendant-In )
    Counterclaim,          )
                           )
                           )  CIVIL ACTION NO 05-11567-NG
v.                                    )
                           )
CIVES STEEL COMPANY,                  )
    Defendant/Plaintiff-In )
    Counterclaim           )

**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM'S INITIAL DISCLOSURES
PURSUANT TO FED. R.CIV.P.26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Local Rule 26.1, and the Order of this Court (Gertner, J.) dated November 27, 2006, plaintiff/defendant in counterclaim Blacksmith Investments, LLC hereby makes the following initial disclosures to the parties.

A.    <u>Individuals Likely to Have Discoverable Information</u>

    The following individuals regarding the non enforceability of the non-assignment provisions alleged in the Contract between Cives Steel Company and Boston Steel Erectors, Inc.

    1.    Bernard McGinnis Jr., President of Boston Steel Erectors, Inc. BSE offices were located at 910R Broadway, Route 1North, Saugus, MA 01906. Blacksmith has no knowledge or information at this time about Mr. McInnis' whereabouts or employment. Mr. McInnis executed the Cives/BSE Contract as President of BSE.

    2.    Robert J. Saraceno, Manager, Blacksmith Investments LLC, 2301 Lewis O'Gray Drive, Saugus, MA 01906

B. **Documents That Blacksmith May Use To Support Its Claims and Defenses In This Action.**

Blacksmith identifies the following documents:

1. BSE/Cives Contract

2. Blacksmith Settlement Agreement with Bernard McInnis, that all Boston Steel Erectors receivables are to be paid to Blacksmith.

3. Loan Agreements with Citizens Bank

4. Documents that Blacksmith is lienholder.

C. **Computation of Damages**

Not applicable

D. **Production of Relevant Insurance Agreements**

Not applicable

E. **Reservation of Rights**

The disclosures are based upon information currently available to Blacksmith. Blacksmith reserves the right to supplement these initial disclosures to thee extent that additional relevant information becomes available.

Blacksmith Investments, LLC
By their attorney,

Guy E. Guarino
BBO NO. 213960
geguarino@comcast.net
72 Country Club Way
Ipswich, MA    01938
(978) 356-7500
Telecopier: (978) 356-9289

Dated:    December 18, 2006

2