UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, )<br>)<br>    Plaintiff/Defendant-In- )<br>    Counterclaim, )<br>)<br>v. )<br>)<br>CIVES STEEL COMPANY, )<br>)<br>    Defendant/Plaintiff-In- )<br>    Counterclaim. ) | Civil Action No. 05-11567-NG |

**JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES PURSUANT TO FEDERAL RULE 16 AND LOCAL RULE 16.1(G)**

Pursuant to the Fed. R. Civ. P. 16(b) and Local Rule 16.1(G), Plaintiff/Defendant-In-Counterclaim Blacksmith Investments, LLC ("Blacksmith") and Defendant/Plaintiff-In-Counterclaim Cives Corporation (sued herein as Cives Steel Company) ("Cives") jointly move this Honorable Court to amend its November 27, 2006 Scheduling Order and extend the deadlines for the first phase of discovery in this case, limited to the enforceability (or non-enforceability) of a certain non-assignment provision, by forty-five (45) days. Should the Court allow this Motion, the Scheduling Order will be amended to provide as follows:

    1.    Written discovery shall be completed no later than March 17, 2007;

    2.    Depositions shall be completed no later than April 16, 2007;

    3.    Dispositive motions shall be filed by, and heard on, May 7, 2007; and

    4.    Further Status Conference shall be held on June 2, 2007.

As grounds for this Motion, the parties state that:

    1.    In this action, Blacksmith seeks to recover monies allegedly due from Cives to a non-party, Boston Steel Erectors ("BSE"), under a construction contract ("Contract") between

BSE and Cives. Blacksmith alleges that it acquired its rights under the Contract as a lienholder and in a settlement agreement between BSE and Blacksmith. However, Cives alleges that Blacksmith has no rights under the Contract because it contains a non-assignment provision ("Non-Assignment Provision").

2. On November 27, 2006, the Court held a Scheduling Conference in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1. At that time, the Court ruled that the first phase of discovery in this case ("Phase One") would be limited to discovery and the development of a factual record related solely to the issue of the enforceability (or non-enforceability) of the Non-Assignment Provision.

3. Pursuant to the Court's Scheduling Order, the parties were required to (i) exchange initial disclosures by December 11, 2006; (ii) complete written discovery by January 31, 2007; and (iii) complete depositions by February 28, 2007. In addition, the Court ordered a hearing on summary judgment motions on March 21, 2007, and a further Status Conference for April 17, 2007.

4. Cives served its initial disclosures upon Blacksmith on December 11, 2006. Blacksmith served its initial disclosures upon Cives on December 18, 2006.

5. As a result of, among other things, the intervening holiday season, the parties were limited in advancing discovery in a timely manner in accordance with the pre-trial schedule.

6. Cives served interrogatories and requests for production of documents upon Blacksmith on January 10, 2007. Blacksmith served interrogatories and requests for production of documents upon Cives on January 17, 2007.

7.       The parties believe that the requested forty-five (45) day extension will allow them adequate time to complete written discovery, to conduct depositions, and to file and argue dispositive motions in an efficient and expedited manner.

8.       The requested extension will prejudice no party to this action and will not unnecessarily prolong this case as scheduled by the Court.

WHEREFORE, Plaintiff/Defendant-In-Counterclaim Blacksmith Investments, LLC and Defendant/Plaintiff-In-Counterclaim Cives Corporation (sued herein as Cives Steel Company) respectfully request that this Joint Motion be ALLOWED.

| BLACKSMITH INVESTMENTS, LLC | CIVES CORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Guy E. Guarino | /s/ Stephen C. Bazarian |
| Guy E. Guarino (BBO # 213960) | Joseph A. Barra (BBO # 632534) |
| 72 Country Club Way | jbarra@seyfarth.com |
| Ipswich, MA 01938 | Stephen C. Bazarian (BBO # 553148) |
| Telephone: (978) 356-7500 | sbazarian@seyfarth.com |
| | SEYFARTH SHAW LLP |
| | World Trade Center East |
| | Two Seaport Lane |
| | Suite 300 |
| | Boston, MA 02210-2028 |
| | Telephone: (617) 946-4800 |
| | Telecopier: (617) 946-4801 |

Dated: January 26, 2007