UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC,        )<br>                                                               )<br>           Plaintiff/Defendant-In-            )<br>           Counterclaim,                           )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>CIVES STEEL COMPANY,                  )<br>                                                               )<br>           Defendant/Plaintiff-In-            )<br>           Counterclaim.                          ) | Civil Action No. 05-11567-NG |

**SECOND JOINT MOTION TO AMEND CERTAIN SCHEDULING ORDER
DEADLINES PURSUANT TO FEDERAL RULE 16 AND LOCAL RULE 16.1(G)**

Pursuant to the Fed. R. Civ. P. 16(b) and Local Rule 16.1(G), Plaintiff/Defendant-In-Counterclaim Blacksmith Investments, LLC ("Blacksmith") and Defendant/Plaintiff-In-Counterclaim Cives Corporation (sued herein as Cives Steel Company) ("Cives") jointly move this Honorable Court to amend its November 27, 2006 Scheduling Order, as amended on January 31, 2007 (the "Existing Scheduling Order"), and extend to May 4, 2007, the deadline by which depositions must be completed in the first phase of discovery in this case. The parties seek this extension so that Cives may take the deposition of Robert Saraceno ("Mr. Saraceno"), the manager of Blacksmith. This is the only deposition that will occur during the extension period. Should the Court allow this Motion, the Existing Scheduling Order will be amended to provide as follows:

1. The deposition of Mr. Saraceno shall be completed no later than May 4, 2007;

2. Dispositive motions shall be filed by June 7, 2007, with a hearing date thereon to be set by the Court; and

3. Further Status Conference shall be held on June 20, 2007.

BO1 15841032.1

As grounds for this Motion, the parties state that they had agreed to conduct the deposition of Mr. Saraceno on Monday, April 16, 2007, the last day for discovery under the Existing Scheduling Order.  However, the parties inadvertently failed to notice that April 16 is Patriot's Day, a holiday for most persons in Massachusetts.  The extension sought by the parties will allow them adequate time to schedule and hold Mr. Saraceno's deposition.

WHEREFORE, Plaintiff/Defendant-In-Counterclaim Blacksmith Investments, LLC and Defendant/Plaintiff-In-Counterclaim Cives Corporation (sued herein as Cives Steel Company) respectfully request that this Joint Motion be ALLOWED.

| BLACKSMITH INVESTMENTS, LLC | CIVES CORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Guy E. Guarino | /s/ Stephen C. Bazarian |
| Guy E. Guarino (BBO # 213960) | Joseph A. Barra (BBO # 632534) |
| 72 Country Club Way | jbarra@seyfarth.com |
| Ipswich, MA  01938 | Stephen C. Bazarian (BBO # 553148) |
| Telephone:  (978) 356-7500 | sbazarian@seyfarth.com |
|  | SEYFARTH SHAW LLP |
|  | World Trade Center East |
|  | Two Seaport Lane |
|  | Suite 300 |
|  | Boston, MA 02210-2028 |
|  | Telephone:    (617) 946-4800 |
|  | Telecopier:   (617) 946-4801 |

Dated: April 12, 2007