UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC,  )<br>  )<br>Plaintiff/Defendant-In-Counterclaim,  )<br>  )<br>v.  )<br>  )<br>CIVES STEEL COMPANY,  )<br>  )<br>Defendant/Plaintiff-In-Counterclaim.  )<br>  ) | CIVIL ACTION NO. 05-11567-NG |

## MOTION FOR SUMMARY JUDGMENT OF CIVES CORPORATION

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant/plaintiff-in-counterclaim Cives Corporation (sued herein as "Cives Steel Company") ("Cives") hereby moves for summary judgment on Count I, for breach of contract, of the Amended Complaint of plaintiff/defendant-in-counterclaim Blacksmith Investments, LLC ("Blacksmith"). This is the sole remaining claim of Blacksmith against Cives in this action.

As grounds for this Motion Cives states that Blacksmith's claim for breach of contract must fail because the undisputed material facts establish that Blacksmith has no right to enforce Cives' contract with Boston Steel Erectors ("BSE") that is the subject of this case ("Cives/BSE Contract"). Blacksmith is not a party to, or third-party beneficiary of, the Cives/BSE Contract. Further, the undisputed material facts establish that Blacksmith has no right in, nor did it receive an assignment of any rights in, the Cives/BSE Contract as a result of Citizens Bank of Massachusetts' purported assignment of a certain Loan and Security Agreement with BSE to Blacksmith. BSE did not enter into the Cives/BSE Contract until six months after it entered into the Loan and Security Agreement with Citizens. Because that Security Agreement does not

BOI 15845195.1

grant Citizens a security interest in after-acquired property, Citizens never obtained any rights in the Cives/BSE Contract and had nothing to assign to Blacksmith.

WHEREFORE, Cives respectfully requests that its Motion For Summary Judgment be ALLOWED and that judgment enter in its favor on Count I of Blacksmith's Amended Complaint.

### REQUEST FOR ORAL ARGUMENT

Cives respectfully requests oral argument on this Motion For Summary Judgment.

CIVES CORPORATION

By its attorneys,

/s/ Joseph A. Barra
Joseph A. Barra (BBO # 632534)
jbarra@seyfarth.com
Stephen C. Bazarian (BBO # 553148)
sbazarian@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated: May 7, 2007

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system on May 7, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen C. Bazarian
Stephen C. Bazarian

BOI 15845195.1