UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACKSMITH INVESTMENTS, LLC,<br><br>Plaintiff/Defendant-In-Counterclaim,<br><br>v.<br><br>CIVES STEEL COMPANY,<br><br>Defendant/Plaintiff-In-Counterclaim. | CIVIL ACTION NO. 05-11567-NG |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Stephen C. Bazarian, Esq. on oath depose and state that:

1. I am an attorney at Seyfarth Shaw LLP, the law firm representing defendant/plaintiff-in-counterclaim Cives Corporation (sued herein as "Cives Steel Company") ("Cives") in this action.

2. On May 7, 2007, I conferred with Guy Guarino, Esq., counsel for plaintiff/defendant-in-counterclaim Blacksmith Investments, LLC, in a good faith attempt to resolve or narrow the issue(s) raised in Cives' Motion For Summary Judgment.

3. The parties were unable to resolve or narrow the issues raised in Cives' Motion For Summary Judgment.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7TH DAY OF MAY 2007.

/s/ Stephen C. Bazarian
Stephen C. Bazarian (BBO # 553148)

Dated: May 7, 2007

BOI 15845547.1

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system on May 7, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen C. Bazarian
Stephen C. Bazarian