UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BLACKSMITH INVESTMENTS, LLC,       )
                Plaintiff,         )
v.                                 )      C. A. No. OS-11567-NG
                                   )
CIVES STEEL COMPANY,               )
                Defendant,         )

**PLAINTIFF BLACKSMITH INVESTMENTS LLC. MOTION IN OPPOSITION
TO DEFENDANT CIVES STEEL COMPANY MOTION FOR SUMMARY JUDGMNT.**

Blacksmith Investments LLC moves pursuant to Federal Rules of Civil Procedure, Rule 56, in opposition to Cives Steel Company Motion for summary judgment on the following grounds:

Blacksmith Investments LLC moves that it has the right to collect the Accounts Receivables, recover these receivables, contract, general intangibles, money, chattel paper, deposits pursuant to the security interests granted to Citizens Bank by Boston Steel & Precast Erectors, Inc. loan and security agreement.

Cives Steel Company has relinquished their contentions that Boston Steel could not assign their assets, contracts, accounts receivables to Citizens Bank as the Loan agreement and security interest provided by Boston Steel to Citizens Bank was on January 29, 2002, several months before the existence of the Boston Steel/Cives contract. The Contract having been produced in the initial disclosure.

The Loan and Security interest is a continuing security interest as set forth in the loan agreement exhibits provided herein. The loan agreement also specifically denotes, accounts receivables, contracts, money, collateral, assets of Boston Steel & Precast, Inc., as security for the loan granted by Citizens Bank.

Citizens Bank provided notice of their rights to the Boston Steel & Precast, Accounts Receivables, contracts, money, assets, by their letter of June 5, 2003 to Cives Steel Company, their president and general manager. That letter specifically states that Blacksmith Investments had purchased the rights of Citizens Bank, and was to receive the accounts receivables directly from Cives Steel Company, and that no other entity (including Cives) including but not limited to Citizens Bank and the Companies were to receive moneys from Cives Steel Company. The letter is provided as an exhibit.

Cives Steel Company contends that Citizens Bank received $394,000.00 from Blacksmith Investments LLC, and Blacksmith received nothing in return from Citizens Bank as this lender had no rights to the accounts receivables, no contract rights, nothing to assign Blacksmith Investments. Of course, this would amount to a fraudulent transaction, contrary to the representations of the letter from Citizens Bank counsel to Cives Steel Company, and contrary to the Bank's interpretation of the terms of their loan and security agreement.

Wherefore, Blacksmith Investments, LLC respectfully requests that Cives Steel Company Motion for Summary Judgment be DENIED, and that Blacksmith right to the accounts receivables and contract rights be affirmed.

> Respectfully submitted,
> Blacksmith Investments LLC
> By their attorney,
>
> *[signature]*
> Guy A. Guarino
> BBO NO. 213960
> 72 Country Club Way
> Ipswich, MA   01938
> Tel: (978) 356-7500
> Fax: (9780 356-9289

Dated: May 16, 2007