UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 MAY 18 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

BLACKSMITH INVESTMENTS, LLC,   )
        Plaintiff,   )
v.   )   C. A. No. OS-11567-NG
  )
CIVES STEEL COMPANY,   )
        Defendant,   )

LOCAL RULE 56 CONCISE STATEMENT OF MATERIAL FACTS
IN SUPPORT OF PLAINTIFF BLACKSMITH INVESTMENTS LLC OPPOSITION
TO DEFENDANT CIVES STEEL COMPANY MOTION FOR SUMMARY JUDGMNT.

Blacksmith Investments LLC plaintiff/defendant-in-counterclaim submits their concise statement of material facts pursuant to Local Rule 56.1 and Federal Rule Civil Procedure Rule 56 in opposition to Cives Steel Company defendant/plaintiff-in-counterclaim Motion for Summary Judgment.

### MATERIAL FACTS

1. **Blacksmith Investments, LLC has rights to the Accounts Receivables and Contract rights of Boston Steel/Cives purchased by Blacksmith from Citizens Bank.**

   A. On January 29, 2002 Boston Steel & Precast executed a security and loan agreement with Citizens Bank whereby Boston Steel pledged their assets, accounts receivables, contracts, chattel paper, intangibles, to Citizens Bank then and continuing.

   B. On July 17, 2002, Boston Steel (Boston Steel & Precast) contracted with Cives Steel Company to erect the structural steel for Manulife Financial Center, Boston. Exhibit I

   C. On November 7, 2003, Citizens Bank asserted their rights to the Accounts Receivables, Contracts, of Boston Steel with Cives Steel Company, by certified mail letter of their counsel to Mr. Lawrence J. Morgan, President and General Manager of Cives Steel Company, that Citizens Bank had sold their rights to Boston Steel/Cives Cives Steel Company to Blacksmith Investments, LLC and that all Boston Steel further payments were to be made directly to Blacksmith Investments, LLC. This under the acquired rights of Blacksmith from Citizens Bank. Exhibit A

2. **The Citizens Bank Loan and Security Agreement is continuing**
   A. The Citizens Bank Security Agreement provides a continuing and unconditional first and prior security interest upon all assets of the Borrower, Boston Steel, to the Lender, Citizens Bank, of the Boston Steel/Cives Accounts Receivables, Contracts, Deposits, Money, General Intangibles, All other Collateral, accessions, proceeds, pursuant to the loan agreement.
   B. Blacksmith Investments, LLC acquired the same in the sale of the note from Citizens Bank, security agreement, in the amount of $393,935.85   Exhibit J
   C. Citizens Bank loan agreement defines "proceeds" to include without limitation (a) whatever is acquired whether in the form of money, an Account Receivable, a Deposit Account, an Instrument or otherwise.  See Security Agreement Sec. 3.1, pp10.  Exhibit E
   D. Boston Steel pledged their security interests to Citizens Bank.  See Loan and Security Agreement, Sec. 3.1 pp. 10., Exhibits H & E
   E. Boston Steel pledged to Citizens Bank "an irrevocable, unconditional and continuing first and prior security interest in and lien upon all assets of Borrower."

3. **The continuing, irrevocable pledge of Boston Steel & Precast includes Accounts Receivables and Contracts**
   A. The Boston Steel identifies their pledge to include Accounts Receivables, Contracts, Deposits Documents, General intangibles, Money, all other collateral, all renewals, additions, accessions, proceeds that Boston Steel acquires.
   B. The "contracts, accounts receivables, proceeds, money, deposits, etc., are all those that are "now existing or hereafter arising."  See Security and Loan Agreement pp. 6, Boston Steel "Obligations' defined.  Exhibit B
   C. The Boston Steel/Cives Contract was "hereinafter arising."
   D. The Cives Contract is within the assets, proceeds, contracts, accounts receivables of the Citizens Bank transferred to Blacksmith with the purchase of the note by Blacksmith.

4.  **Boston Steel & Precast Erectors, Inc., President, Bernard McInnis, granted Blacksmith Investments the right to any and all accounts receivables, to necessarily include the Cives Contract.**

   A. Pursuant to the settlement agreement, Bernard McInnis, President of Boston Steel & Precast Erectors, Inc., that contracted with Cives Steel Company, grants to Blacksmith all remaining accounts receivables of Boston Steel & Precast Erectors. This includes the Cives receivables. Exhibit K

   B. Pursuant to the settlement agreement, this demonstrates the intent of Boston Steel & Precast Erectors, Inc. to have pledged all receivables as a continuing pledge of all assets, collateral, and accounts receivables to Citizens Bank.

5.  **Cives Steel Company has breached the Contract by failure to pay the contract balance, accounts receivable of Boston Steel & Precast Erectors, Inc. (Boston Steel).**

   A. Boston Steel & Precast Erectors, Inc. contract with Cives Steel Company is $3,885.363.82. Exhibit I

   B. Cives Steel Company paid to Boston Steel and their subcontractors the sum of $3,671,390.03.

   C. Cives Steel Company has an outstanding balance of $213,973.79 due Boston Steel/Blacksmith.

Blacksmith Investments, LLC
By their attorney,

/s/ Guy E. Guarino
Guy E. Guarino
BBO No. 213960
72 Country Club Way
Ipswich, MA  01938
(978) 356-7500

Dated: May 16, 2007