UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAY 18 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

BLACKSMITH INVESTMENTS, LLC, )
    Plaintiff, )
v. ) C. A. No. 0S-11567-NG
 )
CIVES STEEL COMPANY, )
    Defendant, )

AFFIDAVIT OF GUY E. GUARINO IN SUPPORT OF
BLACKSMITH INVESTMENTS LLC OPPOSITION TO CIVES STEEL COMPANY
MOTION FOR SUMMARY JUDGMENT

I, Guy E. Guarino, Esq. on oath depose and state that:

1. I am counsel for Blacksmith Investments, LLC, plaintiff in this action against Cives Steel Company.

2. I submit this Affidavit in support of Blacksmith Investments opposition to Cives Steel Company's motion for summary judgment.

3. Exhibit A, attached hereto, is a true and complete copy of the letter of Citizens Bank counsel to Cives Steel Company, Lawrence J. Morgan, President and General Manager, that Citizens Bank's right to the Companies (Boston Steel & Precast Erectors, In.) account debtors accounts receivables and that payment is to be made directly to Blacksmith Investments, LLC.

4. Exhibit B, attached hereto, (obligations) is a true copy of page 6, Loan and Security Agreement

5. Exhibit C, attached hereto, (payment intangibles) is a true copy of page 6, Loan and Security Agreement

6. Exhibit D, attached hereto, (proceeds) is a true copy of page 7, Loan and Security Agreement

7. Exhibit E, attached hereto, is a true copy of section 3.1, page 10, unconditional and continuing first and second priority interest, Loan and Security Agreement

8. Exhibit F, attached hereto, is a true copy of section 3.2, page 11, Loan and Security Agreement

9. Exhibit G, attached hereto, is a true copy of Section 9.4, Loan and Security Agreement, direct payment

10. Exhibit G, attached hereto, is a true copy of Section 9.5, Loan and Security Agreement, Lender may sell, etc. any Account Receivable.
11. Exhibit H, attached hereto, is a true copy of the Security and Loan Agreement between Boston Steel & Precast Erectors, (the companies) and Citizens Bank.
12. Exhibit I, attached hereto, is a true copy of the Cives Steel Company Contract with Boston Steel.
13. Exhibit J, attached hereto, is the executed Agreement of Citizens Bank to sell the note, loan, purchase rights of Citizens Bank to Blacksmith Investments for $393,935.85.
14. Exhibit K, attached hereto, is the settlement agreement between Bernard McInnis and Blacksmith to affirm Blacksmith rights to the Boston Steel & Precast, Inc. accounts receivables.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

Dated:    May 16, 2007                Guy E. Guarino

### CERTIFICATE OF SERVICE

I, Guy E Guarino, Attorney for Blacksmith Investments, LLC certify that I have this mailed this date Blacksmith Investments LLC's Motion, Memorandum of Law, Concise Statement of Material Facts, Affidavit of Guy E. Guarino, all in Opposition to Cives Steel Company Motion for Summary Judgment, by first class - Priority Mail, prepaid, to Defendant Cives Steel Company's Attorney, Stephen C. Bazarian, Seyfarth Shaw LLP, World Trade Center East, Suite 300, Boston, MA 02210-2028.

Dated: May 16, 2007                Guy E. Guarino

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.