UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Blacksmith Invetments, LLC
Plaintiff

v.                                         CV/CR Number: 1:05-cv-11567-NG

Cives Steel Company et al
Defendant

**ORDER TO SHOW CAUSE**

GERTNER, J

On 10/23/2006, the Clerk's Office notified Attorney Guy Guarino that documents filed with this Court must be filed, signed, verified and served by electronic means.

On 5/18/2007, Attorney Guy Guarino again submitted a document to this court in paper format.

☑ Attorney Guy Guarino is ordered to show cause in writing on or before the close of business on 5/31/2007 why sanctions should not be imposed for failure to comply with Local Rule 5.4.

☐ Attorney Guy Guarino is ordered to appear on _____ at _____ to show cause why sanctions should not be imposed for failure to comply with Local Rule 5.4.

Date: 5/24/2007

/s/ JENNIFER FILO
Deputy Clerk