UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BLACKSMITH INVESTMENTS, LLC, )<br>)<br>Plaintiff/Defendant-In-Counterclaim, )<br>)<br>v. )<br>)<br>CIVES STEEL COMPANY, )<br>)<br>Defendant/Plaintiff-In-Counterclaim. )<br>) | CIVIL ACTION NO. 05-11567-NG |

## ASSENTED-TO MOTION OF CIVES STEEL COMPANY FOR ADDITIONAL TIME TO FILE REPLY BRIEF

NOW COMES defendant/plaintiff-in-counterclaim Cives Corporation (sued herein as Cives Steel Company) and, pursuant to Local Rule 7.1, hereby requests an additional fourteen (14) days, up to and including July 12, 2007, to file its reply to the Opposition of plaintiff/defendant-in-counterclaim Blacksmith Investments, LLC ("Blacksmith"), to Cives' Motion For Summary Judgment. The instant Motion is assented to by Blacksmith.

As grounds for this Assented-To Motion, Cives states that:

1.      Cives filed its Motion For Summary Judgment in this case on May 7, 2007. Blacksmith's Opposition to this Motion was filed on May 16, 2007.

3.      At a status conference on June 7, 2007, the Court allowed Cives up to and including June 28, 2007, to file a reply to the Opposition.

4.       The additional fourteen days sought by Cives are necessary to allow it time to prepare a reply adequately addressing the numerous issues of law and fact raised in Blacksmith's Opposition.

BO1 15857822.1

2

5. Oral argument is not scheduled to be held on Cives' Motion For Summary Judgment until September 12, 2007. As such, Cives' requested extension will not delay the litigation of this case.

WHEREFORE, Cives respectfully requests that this Court ALLOW this Assented-To Motion and allow it up to and including July 12, 2007, to file its reply to Blacksmith's Opposition to Cives' Motion For Summary Judgment.

        CIVES CORPORATION

        By its attorneys,

        /s/ Stephen C. Bazarian
        Joseph A. Barra (BBO # 632534)
        jbarra@seyfarth.com
        Stephen C. Bazarian (BBO # 553148)
        sbazarian@seyfarth.com
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane
        Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800
        Telecopier:   (617) 946-4801

Assented to:

BLACKSMITH INVESTMENTS, LLC

By its attorneys,

/s/ Guy E. Guarino
Guy E. Guarino (BBO # 213960)
72 Country Club Way
Ipswich, MA  01938
Telephone:  (978) 356-7500

Dated:  June 22, 2007

## Certificate of Service

    I hereby certify that this document(s) filed through the ECF system on June 22, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen C. Bazarian
Stephen C. Bazarian

BO1 15857822.1