## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 BLACKSMITH INVESTMENTS, LLC 
               Plaintiff

                                                    CIVIL ACTION

            V.
                                                    NO.   1:05-cv-11567-NG  

 CIVES STEEL COMPANY et al      
               Defendant

### SETTLEMENT ORDER OF DISMISSAL

 GERTNER,      D. J.

The Court having been advised on ____1/7/2008_____ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                        By the Court,

____1/7/2008_____                    /s/ JENNIFER GAUDET_____
           Date                          Deputy Clerk

(Dismissal Settlement.wpd - 12/98)